IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MONTGOMERY MCMAHON,

Plaintiff,

v.

DR. M. FAROOQ, et al.,

Defendants.

Case No. 5:24-cv-02392-VBF-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff did not file objections to the R&R, but he provided defense counsel with a copy of objections. The Court has reviewed those un-filed objections and they fail to identify any error of law, fact, or logic in the well-reasoned R&R.

The Court ADOPTS the Report and Recommendation.

The Court GRANTS Defendants' Motion to Dismiss as to Defendants Chen, Farooq, and Gates.

Plaintiff's claims against Defendants Chen, Farooq, and Gates are dismissed with prejudice, i.e. without leave to amend.

This matter is referred back to United States Magistrate Judge Kaufman for further proceedings.

IT IS SO ORDERED.

Date: March 31, 2026

_____

Hon. VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE